UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JOHN H. WOOD JR., U.S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BOULEVARD
**SAN ANTONIO, TEXAS 78206**

**WILLIAM G. PUTNICKI**
    Clerk of Court

July 18, 2013

Mr. Nathaniel F. Jenkins
7803 S. New Braunfels, #11101
San Antonio, TX 78235

Dear Mr. Jenkins:

    The United States Clerk's Office is in receipt of your civil case, however your civil case **SA13CV643OLG** has been "Administratively Closed" until the below deficiency is cured:

__X__ The filing fee required per the Miscellaneous Fee Schedule of $400.00 nor a completed Application to Proceed In Forma Pauperis (IFP) was not received by this office. (See 28 USC 1914 and 1915).

_____ Pleadings must contain an original signature of moving party or counsel.

_____ All motions and responses must be accompanied by a proposed Order.

_____ Depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall not be filed unless on order of the court.

    Please know that this office is prohibited from providing legal advice.

                                              Sincerely,

                                              William G. Putnicki
                                              Clerk of Court
                                              Western District of Texas

WGP/mfo